■ PEOPLE, Respondent, v DORIS BENTON, Appellant.—Motion granted and order granting leave to prosecute appeal on

the original record and eight briefs continued upon condition that appellant comply with CPLR 321 (b) on or before March 6, 1989. Present—Callahan, J. P., Doerr, Boomer, Pine and Lawton, JJ.